UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEVON S. SHELLEY, an
individual person,

      Plaintiff,

      v.

PETE GEREN, Secretary of the
Army, UNITED STATES ARMY
CORPS OF ENGINEERS, Agency,

      Defendants.

No.  CV-08-5045-RHW

**ORDER GRANTING STIPULATION
AND MOTION FOR ORDER OF
DISMISSAL**

      Before the Court is the parties' Stipulation and Motion for Order of
Dismissal, ECF No. 84, heard without oral argument. Upon stipulation of all
counsel that this matter has been resolved, the Court finds there is good cause for
the dismissal. Plaintiff's Complaint is dismissed with prejudice and with each party
bearing its own fees, costs, and expenses.

      Accordingly, **IT IS HEREBY ORDERED**:

      1.  The parties' Stipulation and Motion for Order of Dismissal, ECF No. 84,
is **GRANTED**.

      2.  Plaintiff's complaint is **DISMISSED** with prejudice, and with each party
bearing its own fees, costs, and expenses.

///

///

**ORDER GRANTING STIPULATION AND
MOTION FOR ORDER OF DISMISSAL * 1**

3.  All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 25th day of April, 2013.


_s/Robert H. Whaley_
ROBERT H. WHALEY
Senior United States District Judge

**ORDER GRANTING STIPULATION AND
MOTION FOR ORDER OF DISMISSAL * 2**